# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-1637

Joseph Gilberti v. BlackRock Inc, et al

(U.S. District Court No.: 1:25-cv-00361)

**ORDER**

Pursuant to Fed. R. App. P. 3(a) and 3rd Cir. LAR 3.3 and Misc. 107.1(a), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant failed to pay the requisite fee as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: May 12, 2025
AMR/cc: Joseph D. Gilberti,
Randall C. Lohan,

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate